STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant RICHARD RATNER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD RATNER,<br><br>Defendant. | No. CR 13-00592 CRB (NJV)<br>No. CR 13-00699 CRB (NJV)<br><br>**MOTION TO EXONERATE BOND; ORDER** |

Defendant, Richard Ratner, through his counsel, Brandon M. LeBlanc and the Office of the Federal Public Defender, requests that the bond posted in his case be exonerated.

**BACKGROUND**

On August 1, 2013, Mr. Ratner made his initial appearance before Magistrate Judge Nandor J. Vadas in CR 13-00592 CRB.  Magistrate Judge Vadas released Mr. Ratner on a $100,000 bond, secured by a deposit of $20,000 with the Clerk of the Court by the Defendant's father and surety, Eric Ratner.

On January 15, 2014, Defendant appeared before this Court for a change of plea, and entered guilty pleas to Count Two of the Indictment in CR 13-00592 CRB and Counts One and Two of the Indictment in CR 13-00699 CRB.  The Court accepted the pleas and ordered the Defendant to self-surrender on January 17, 2014.  *See* Order of January 17, 2014, Docket No. 12.

//

On January 17, 2014, Mr. Ratner timely self-surrendered to the U.S. Marshal as ordered by the Court. Mr. Ratner is currently being housed at the Glenn E. Dyer Detention Facility in Oakland, California, and is awaiting sentencing on April 23, 2014, at 10:00 a.m., before the undersigned.

Pursuant to General Order No. 55, a party may request the exoneration of a bond or the court will, on its own motion, exonerate the bond at the time of sentencing or upon the self-surrender of the defendant for service of his/her sentence. *See* Gen. Order No. 55, III. A. Defense counsel is required to submit a proposed order of exoneration "[i]f the bond is exonerated for any reason other than entry of final judgment . . . ." Gen. Order No. 55, III. E.

Mr. Ratner, therefore, requests that the bond in his matter be exonerated and that the $20,000 in funds posted by the Defendant's father and surety, Eric Ratner, be returned to the surety forthwith.

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s

Dated: February 10, 2014

BRANDON M. LeBLANC
Attorneys for Defendant

## ORDER

For the reasons stated above, and good cause appearing, IT IS HEREBY ORDERED that the bond previously posted is EXONERATED and shall be returned to its owner, Eric Ratner.

IT IS SO ORDERED.

Dated: February 14, 2014

CHARLES R. BREYER
United States District Judge

Mot. to Exonerate Bond; [Prop.] Order, *Ratner*,
CR 13-00592 CRB & CR 13-00699 CRB